# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

ROY MAYO, PATRICK ROBILIO,
and DUANE ROBERTS, Each
Individually and on Behalf of All
Others Similarly Situated                                    **PLAINTIFFS**

v.                            No. 3:18-cv-128-DPM

CRITTENDEN COUNTY, ARKANSAS                    **DEFENDANT**

## ORDER

The joint motion to approve the settlement, № 42, is granted. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353–54 (11th Cir. 1982); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018); *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019). It reflects a good-faith compromise of deeply contested overtime compensation issues. In the circumstances, no conflict exists in the contemporaneous agreement about fees. *Melgar*, 902 F.3d at 779; *Barbee*, 927 F.3d at 1027 n.1. It was reached as part of a mediation before Magistrate Judge Harris and reflects a substantial discount of the time counsel say they spent on the case. The complaint will be dismissed with prejudice, with the Court retaining jurisdiction for a month to enforce the settlement.

So Ordered.

NPMarshall Jr.

D.P. Marshall Jr.
United States District Judge

30 September 2019