IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROY MAYO, PATRICK ROBILIO,
and DUANE ROBERTS, Each
Individually and on Behalf of All
Others Similarly Situated                                      PLAINTIFFS

v.                        No. 3:18-cv-128-DPM

CRITTENDEN COUNTY, ARKANSAS                                    DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 31 October 2019 to enforce the settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2019